Dismissed and Memorandum Opinion filed April 8, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00194-CR

____________

 

JESUS CONTRERAS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 185th District Court

Harris County, Texas

Trial Court Cause No. 1221631

 



 

MEMORANDUM
OPINION

Appellant entered a guilty plea to felon in possession of a
weapon.  In accordance with the terms of a plea bargain agreement with the
State, the trial court sentenced appellant on February 10, 2010, to confinement
for nine years in the Institutional Division of the Texas Department of
Criminal Justice.  Appellant filed a pro se notice of appeal.  We dismiss the
appeal. 

The trial court entered a certification of the defendant’s
right to appeal in which the court certified that this is a plea bargain case,
and the defendant has no right of appeal.  See Tex. R. App. P. 25.2(a)(2). 
The trial court’s certification is included in the record on appeal.  See
Tex. R. App. P. 25.2(d).  The record supports the
trial court’s certification.  See Dears v. State, 154 S.W.3d 610, 615
(Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Panel consists of Justices
Yates, Seymore, and Brown. 

Do Not Publish — Tex. R. App. P. 47.2(b)